IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,
ADC #89052                                                      PLAINTIFF

v.                              5:07CV00259 JMM

J.K. BUCHMAN, et al.                                            DEFENDANTS

ORDER

The Court's Order of October 11, 2007 granting plaintiff's application to proceed *in forma pauperis* and issuing summonses in the above styled case is vacated and the summonses issued are withdrawn.  The Clerk of the Court is directed to send individual copies of this Order to Dr. J.K. Buchman at Southwest Regional Medical Center, 11401 Hwy I-30, Little Rock, Arkansas 72209; Nancy Clawttler at Southwest Regional Medical Center, 11401 Hwy I-30, Little Rock, Arkansas 72209; and Southwest Regional Medical Center at 11401 Hwy I-30, Little Rock, Arkansas 72209.

IT IS SO ORDERED THIS 23  day of   October  , 2007.


_____
James M. Moody
United States District Judge