UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**NAPOLEON POLLARD, ADC #89052**                                                    **PLAINTIFF**

VS.                                         NO. 5:07CV00259 JMM

**DR. J.K. BUCHMON, ET AL**                                                         **DEFENDANTS**

**ORDER**

Based upon the answer to the amended complaint filed on November 9, 2007, the Clerk of the Court is directed to change the name of defendant Southwest Regional Medical Center in the above styled case to Little Rock HMA, Inc. D/b/a Southwest Region Medical Center.

IT IS SO ORDERED this   26   day of November, 2007.

_____
James M. Moody
United States District Judge