IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,
ADC #89052                                                                              PLAINTIFF

v.                                          5:07CV00259JMM/HLJ

J.K. BUCHMAN, et al.                                                                 DEFENDANTS

ORDER

By Order dated October 24, 2007 (DE #7), this Court granted plaintiff's application to proceed

in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's

complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to

state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint

within thirty days.  Plaintiff has now submitted an amended complaint (DE #11).  Having reviewed

the original and amended complaints, and construing them together, it now appears to the Court that

service is appropriate.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Dr. J. K.

Buchman, Nancy Clawitter, and Little Rock HMA, Inc.  The Clerk of the Court shall prepare summons

for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE

#2) and amended complaints (DE #11) and summons on defendants without prepayment of fees and

costs or security therefore.

IT IS SO ORDERED this   7   day of   December , 2007.

United States District Judge

1