IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,
ADC #89052                                                                                                    PLAINTIFF

v.                                              5:07CV00259HLJ

J.K. BUCHMAN, et al.           .                                                              DEFENDANTS

ORDER

Plaintiff shall file responses to defendants' motions to dismiss (DE ##40, 43, 48) within ten days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 20th day of February, 2008.

_____
United States Magistrate Judge