IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,                                                                                    PLAINTIFF
ADC #89052

v.                                    CASE NO. 5:07CV00259  JMM/HLJ

J.K. BUCHMAN, et al                                                                                  DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss his complaint against the defendants, without prejudice (DE #56) is hereby GRANTED. All defendants were contacted by the Court and indicate no objection to this dismissal.   All other pending motions are hereby DENIED as moot

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 13th day of March,  2008.

_____
United States District Judge