IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,
ADC #89052                                                                                    PLAINTIFF

v.                              CASE NO. 5:07CV00259 JMM/HLJ

J.K. BUCHMAN, et al                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 13th day of March, 2008.

_____
United States District Judge